UNITED STATES

v.

THOMAS McCLURE

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* \*p. 149

PAPERS IN FILE

[None]

UNITED STATES

v.

ISAAC JONES

1808

. . . . . . . . . . . . . . . . .

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* \*p. 150

PAPERS IN S. C. FILE

[None]

PAPERS IN D. C. FILE

[None]